UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LABORERS'
INTERNATIONAL UNION OF NORTH
AMERICA LOCAL 235 FRINGE BENEFIT
FUNDS, et al.,

           Plaintiffs,

-against-

JENCO CONTRACTING CORP.,

           Defendant.

**ORDER**

24-CV-02641 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiffs initiated this action by filing a complaint on April 8, 2024. (Doc. 1). On April 11, 2024, Plaintiffs filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant on April 10, 2024 (Doc. 6). There has been no activity on the docket since the filing of the affidavit of service.

By July 12, 2024, Plaintiffs shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why they should not pursue a default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated:  White Plains, New York
       June 7, 2024

                                _____
                                Philip M. Halpern
                                United States District Judge